

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-17-00673-CV

**BITTERROOT HOLDINGS LLC** (Cross-Appellee),
Appellant

v.

**HB PROPERTIES I LLC** (Cross-Appellant),
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01352
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice (Not Participating)
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellant's unopposed motion for an extension of time to file a motion for rehearing is granted. We order appellant's motion for rehearing, if any, due January 22, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court